**96–2719.   State ex rel. Brantley v. Eighth Judicial Court of Appeals.**
In Mandamus. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**96–2753.   State ex rel. Smith v. Court of Appeals, Eleventh App. Dist.**
In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**96–2780.   State ex rel. King v. Bond.**
In Procedendo. On motion to dismiss. *Motion to dismiss sustained.* Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**96–2816.   State ex rel. Wilson v. Lucas Cty. Court of Common Pleas.**
In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**96–2823.   State ex rel. Bob Evans Farms, Inc. v. Plunkett.**
In Mandamus. On motion for leave to intervene by Carl Wilkenfeld, James R. Jump, and Mary V. Fellabaum. *Motion granted as to Wilkenfeld only.*
RESNICK, J., not participating.
On motion for leave to supplement complaint. Motion granted.
RESNICK, J., not participating.
On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.
RESNICK, J., not participating.

**96–2878.   State ex rel. Sterling v. Mead.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**96–2883.   State ex rel. Harrison v. Wilkinson.**
In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–21.   ALLTEL Ohio, Inc. v. Pub. Util. Comm.**
Public Utilities Commission, No. 95–845–TP–COI. *On motion to dismiss. Motion to dismiss* sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.
RESNICK, J., not participating.

**97–24.   In re Comm. Investigation Relative to the Establishment of Local Exchange Competition & Other Competitive Issues.**
Public Utilities Commission, No. 95–845–TP–COI. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.
RESNICK, J., not participating.

**97–26.   Cincinnati Bell Tel. Co. v. Pub. Util. Comm.**
Public Utilities Commission, No. 95–845–TP–COI. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.
RESNICK, J., not participating.

**97–58.   State ex rel. Jackson v. Wingard.**
In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.